**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA
Plaintiff,

v.

RAMÓN MARTÍNEZ-MARTÍNEZ,
Defendant,

CRIMINAL NO. 26-108 (RAM)

**JOINT STATUS REPORT
REGARDING STATUS OF THE CASE**

**TO THE HONORABLE COURT:**

**COMES NOW** Defendant, Ramón Martínez-Martínez**,** represented by counsel Stephanie Torres-Pérez, and the United States of America, through the undersigned attorney who respectfully request, state, pray and allege as follows:

1.      On March 25, 2026, the instant case was indicted. *See* ECF No. 12. The Defendant is charged with reentry of removed alien, in violation of 8 U.S.C. § 1326(a). *Id.*

2.      On March 30, 2026, the Court ordered the parties to submit a joint status report describing the status of discovery production, plea negotiations, and any other pertinent information. *See* ECF No. 16.

3.      The parties hereby inform that on April 17, 2026, the United States provided discovery to the Defendant, which includes all relevant immigration documents. The United States also tendered a plea offer to the Defendant.

4.      The United States submits that no other discovery items are pending but will

await the Defendant's review of the discovery and the plea offer.

5.    Although there are currently no known issues relating to pending or missing discovery that would require a ruling from the Court, the defendant informs he needs more time to review the available discovery or to file dispositive motions.

6.    The parties intend to engage in good faith plea negotiations.

7.    The defendant has been ordered detained pending trial. *See* ECF No. 18.

8.    Therefore, the parties respectfully request this Court for an additional 30 days until the next status conference or informative motion to advance plea negotiations and/or file dispositive motions.

**WHEREFORE**, the parties respectfully request that the Honorable Court take note of the above joint status report.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 20th day of April, 2026.

| | |
|---|---|
| W. STEPHEN MULDROW<br>United States Attorney | RACHEL BRILL<br>Federal Public Defender |
| */s/ Steven Liong-Rodríguez*<br>**Steven Liong-Rodríguez**<br>Special Assistant United States Attorney<br>USDC No. 303011<br>United States Attorney's Office<br>Torre Chardón, Suite 1201<br>350 Carlos Chardón Ave. San Juan, PR 00918<br>Tel. (787) 282-1850<br>steven.liong-rodriguez@usdoj.gov | */s/ Stephanie Torres-Pérez*<br>**Stephanie Torres-Pérez**<br>Assistant Federal Public Defender<br>USDC No. 308710<br>241 F.D. Roosevelt Avenue<br>San Juan, PR 00918-2441<br>Tel: 787-281-4922<br>Fax: 787-281-4899<br>Email: stephanie_torres@fd.org |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to the

parties of record.

*/s/ Stephanie Torres-Pérez*
**Stephanie Torres-Pérez**
Assistant Federal Public Defender