**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | |
| v. | CRIMINAL NO. 26-108 (RAM) |
| RAMÓN MARTÍNEZ-MARTÍNEZ,<br>Defendant, | |

**JOINT STATUS REPORT**
**REGARDING STATUS OF THE CASE**

**TO THE HONORABLE COURT:**

**COMES NOW** Defendant, Ramón Martínez-Martínez**,** represented by counsel Stephanie Torres-Pérez, and the United States of America, through the undersigned attorney who respectfully request, state, pray and allege as follows:

1.      On March 25, 2026, the instant case was indicted. *See* ECF No. 12. The Defendant is charged with reentry of removed alien, in violation of 8 U.S.C. § 1326(a). *Id*.

2.      On March 30, 2026, the Court ordered the parties to submit a joint status report describing the status of discovery production, plea negotiations, and any other pertinent information. *See* ECF No. 16.

3.      The parties hereby inform that on April 17, 2026, the United States provided discovery to the Defendant, which includes all relevant immigration documents. The United States also tendered a plea offer to the Defendant.

4.      Defendant has rejected the Government's plea offer and is still evaluating

whether to enter a straight plea or exercise his rights to trial.

5. The Defendant has been ordered detained pending trial. *See* ECF No. 18.

6. A motion requesting a bail hearing and conditions of release was filed on May 27, 2026. *See* ECF No. 22. The Court ordered the Government to respond by June 5, 2026. That issue remains pending before the Magistrate Judge. The Government will be submitting its response to the Defendant's request for bail as ordered by the Court.

7. Therefore, the parties respectfully ask this Court for an additional 30 days for a status conference.

**WHEREFORE**, the parties respectfully request that the Honorable Court take note of the above joint status report.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 4th day of June , 2026.

W. STEPHEN MULDROW
United States Attorney

RACHEL BRILL
Federal Public Defender

*/s/ Steven Liong-Rodríguez*
**Steven Liong-Rodríguez**
Special Assistant United States Attorney
USDC No. 303011
United States Attorney's Office
Torre Chardón, Suite 1201
350 Carlos Chardón Ave. San Juan, PR 00918
Tel. (787) 282-1850
steven.liong-rodriguez@usdoj.gov

*/s/ Stephanie Torres-Pérez*
**Stephanie Torres-Pérez**
Federal Public Defender District of
Puerto Rico
241 F.D. Roosevelt Avenue
San Juan, PR 00918-2441
Tel. 787-281-4922
Fax: 787-281-4899
Email: stephanie_torres@fd.org

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to the

parties of record.

s/ *Steven Liong-Rodriguez*
**Steven Liong-Rodriguez**
Special Assistant U.S. Attorney